IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00039-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD LAWRENCE SANDBERG,

    Defendant.

---

**ORDER**  (Docket No 10)

---

This matter comes before the Court on the government's Motion for Protective Order. The Court, having considered the motion, makes the following findings of fact:

1. The government requests that the Court enter an order that the inspection of the video (now submitted as discovery by the government) by defendant Sandberg be viewed only in the presence of counsel, directs that the video remain in the custody of counsel, that the video is not to be published, and not that the video is not to be copied in any form. This request is to ensure the identity and safety of the CI until the time of required disclosure for the purposes fair and just trial.

WHEREFORE IT IS HEREBY ORDERED AS FOLLOWS:

1. The video remain in the custody of counsel, that the video is not to be published, and not that the video is not to be copied in any form. This request is to ensure the identity and safety of the CI until the time of required disclosure for the purposes fair and just trial.

Dated this 30TH day of January, 2013.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO