# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 27, 2014 |
| Court Reporter: Janet Coppock | Time: one hour and 37 minutes |
| Probation Officer: Nicole Peterson | Interpreter: n/a |

**CASE NO. 13-CR-00039-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | David Tonini |
| | Special Agent Shane Abraham |
| Plaintiff, | |
| vs. | |
| **RICHARD LAWRENCE SANDBERG,** | Matthew Golla |
| Defendant. | |

## SENTENCING

**9:08 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report and its Addendums are not disputed by the parties and are adopted in the Court's factual findings in this case.

Page Two
13-CR-00039-PAB
January 27, 2014

The report is incorporated by reference as part of the Court's findings and conclusions.

Court addresses the defendant's objections to the presentence investigation report.

Argument by Mr. Tonini in support of the Government's Motion for Restitution [Docket No. 49].  Questions by the Court.

Argument by Mr. Golla.

Court states its findings and conclusions.

**ORDERED:**  Government's Motion for Restitution [Docket No.  49] is **DENIED**.

Argument by Mr. in support of the defendant's Motion for Downward Departure.

Argument by Mr. Tonini.

Further argument by Mr. Golla.

**ORDERED:**  Defendant's Motion for Downward Departure [Docket No. 45] is **GRANTED in PART**, as stated on the record.

Argument by Mr. Golla in support of the defendant's Motion for Variant Sentence and comments addressing sentencing.

Argument by Mr. Tonini and comments addressing sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for a Variant Sentence [Docket No. 45] is **DENIED.**

Defendant entered his plea on **June 27, 2013** to counts **1 and 2 of the Indictment.**

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

Page Three
13-CR-00039-PAB
January 27, 2014

**ORDERED:** Defendant shall be **imprisoned** for **51** months as to counts 1 and 2, to be served concurrently.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado commensurate with his security designation.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years as to counts 1 and 2, to be served concurrently.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the    presentence report to the treatment agency for continuity of treatment.

Page Four
13-CR-00039-PAB
January 27, 2014

    (**X**)    Defendant shall remain medication compliant and shall take all medications that are prescribed by his/her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation office to ensure that a therapeutic level of his prescribed medications is maintained.

    (**X**)    Defendant shall submit in person his person, property, residence, residence papers or office a search to the United States probation officer.  Failure to submit it a search may be grounds for revocation of release. Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that Mr. Russell has violated a condition of his supervision and that the areas to be 1searched contain evidence this of this violation.  Any search must be conducted as a reasonable time and in a reasonable manner.

**ORDERED:**  Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Government's Motion to Dismiss Count [Docket No. 52] is **GRANTED.**

**ORDERED:**  Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**10:45 a.m.**   **COURT IN RECESS**

**Total in court time:   97 minutes**

**Hearing concluded**