IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00039-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD LAWRENCE SANDBERG,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Dismiss Count [Docket No. 52]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Count [Docket No. 52] is granted. Count Three of the Indictment is dismissed.

DATED January 27, 2014.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge